UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                               CASE NO.  13-37498-BKC-AJC
JUAN N SERRALLES


CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $  3,571.64  remaining in her bank
     account which represents unpresented checks drawn and mailed to
     debtor(s)/ creditor(s) in the above named case. Your trustee
     has made a good faith effort to verify the correct mailing
     address for said debtor(s)/Creditor(s) and deliver the funds
     before presenting this notice. More than sufficient time has
     passed for these checks to be presented for payment, or the
     creditor has returned funds indicating they refuse the funds.

( )  The trustee has a balance of $    .00    remaining in her bank
     account which represents small dividends as defined by FRBP
     3010.

     Attached and made a part of this notice is a list, pursuant
to FRBP 3011, of the names, Claim numbers and addresses
of the debtor(s)/creditor(s) and the amounts to which they are
entitled.

     WHEREFORE, your trustee hereby gives notice that the above
stated sum has been deposited with the Clerk of the U. S.
Bankruptcy Court, Southern District of Florida, to effect closing
of this estate.


Date: _____MAR 1 7 2015_____


                                    _____
                                    NANCY K. NEIDICH
                                    CHAPTER 13 TRUSTEE

Copies to:

JUAN N SERRALLES

2545 S BAYSHORE DRIVE
APT 111
MIAMI, FL 33133

RICARDO A. RODRIGUEZ, ESQ.
900 W 49 STREET
SUITE 408
HIALEAH, FL 33012

BAYSHORE PARK COA, INC
%CARLOS A TRIAY, ESQ
POB 227010
MIAMI, FL 33122

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA


IN RE:                                    CASE NO.   13-37498-BKC-AJC
JUAN N SERRALLES


                                          CHAPTER 13


    JUAN N SERRALLES

    2545 S BAYSHORE DRIVE
    APT 111
    MIAMI, FL 33133

    RICARDO A. RODRIGUEZ, ESQ.
    900 W 49 STREET
    SUITE 408
    HIALEAH, FL 33012

    BAYSHORE PARK COA, INC        ---------$        3,571.64
    %CARLOS A TRIAY, ESQ
    POB 227010
    MIAMI, FL 33122                              UNDELIVERABLE/STALE
                                                 CLAIM REGISTER# 7

    U.S. Trustee
    51 S.W. 1st Avenue
    Miami, Florida 33130